816

No. 79–1787. LEONARD M. *v.* COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT (CALIFORNIA, REAL PARTY IN INTEREST);

No. 79–6742. REINER *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN ET AL.;

No. 79–6748. WHITE *v.* LIVELY, U. S. CIRCUIT JUDGE, ET AL.;

No. 80–163. IN RE CHESTNUTT MANAGEMENT CORP.;

No. 80–5181. IN RE GREEN; and

No. 80–5185. IN RE GREEN. Motions for leave to file petitions for writs of mandamus denied.

No. 79–6648. WRIGHT *v.* UNITED STATES. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 79–6804. JACKSON ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. Motion for leave to file petition for writ of mandamus and prohibition denied.

No. 79–6699. PAUL *v.* STAFFORD, U. S. DISTRICT JUDGE;

No. 80–5155. IN RE HERNANDEZ; and

No. 80–5164. IN RE ALLEN. Motions for leave to file petitions for writs of mandamus and/or prohibition denied.

No. 79–2018. MAROULIS *v.* COUNTY COURT OF DUTCHESS COUNTY ET AL. Motion for leave to file petition for writ of prohibition denied.

No. 79–1740. BALL ET AL. *v.* JAMES ET AL. Appeal from C. A. 9th Cir. Probable jurisdiction noted.

No. 80–231. ANDRUS, SECRETARY OF THE INTERIOR, ET AL. *v.* INDIANA ET AL. Appeal from D. C. S. D. Ind. Probable jurisdiction noted.